**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Mark C. Mosley, Respondent,

v.

Christine Alston, Personal Representative of the Estate of Robert Alston, DaVita, Inc. d/b/a DaVita Walterboro Dialysis #3073, DVA Healthcare Renal Care, Inc., DVA Renal Healthcare, Inc., DaVita Healthcare Partners, Inc., and Howard Elj,

of which DaVita, Inc., DVA Healthcare Renal Care, Inc., DVA Renal Healthcare, Inc., DaVita Healthcare Partners, Inc., and Howard Elj are Petitioners.

Appellate Case No. 2019-001056

———————

Appeal from Hampton County
Perry M. Buckner III, Circuit Court Judge

———————

Memorandum Opinion No. 2020-MO-010
Heard October 15, 2020 – Filed October 21, 2020

———————

**DISMISSED AS IMPROVIDENTLY GRANTED**

———————

Martin S. Driggers Jr., Richard E. McLawhorn Jr., and Brandon R. Gottschall, all of Sweeny, Wingate, & Barrow, PA, of Hartsville; and James F. Flanagan, of

Columbia, all for Petitioners DaVita, Inc., DVA
Healthcare Renal Care, Inc., DVA Renal Healthcare,
Inc., DaVita Healthcare Partners, Inc., and Howard Elj.

John E. Parker, William F. Barnes III, and John E. Parker
Jr., all of Peters, Murdaugh, Parker, Eltzroth & Detrick,
PA, of Hampton, for Respondent Mark C. Mosley.

C. Mitchell Brown, A. Mattison Bogan, and Nicholas A.
Charles, all of Nelson Mullins Riley & Scarborough
LLP, of Columbia, for Amici Curiae Chamber of
Commerce of the United States of America and South
Carolina Chamber of Commerce.

Wm. Grayson Lambert, of Burr & Forman LLP, of
Columbia, for Amici Curiae Columbia Chamber of
Commerce and Greater Lexington Chamber and Visitors
Center Chambers of Commerce.

A. Johnston Cox, of Gallivan, White & Boyd, PA, of
Columbia, for Amicus Curiae South Carolina Defense
Trial Attorneys' Association.

---

**PER CURIAM:**  We issued a writ of certiorari to review a discovery order dated February 11, 2019.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**